```
                              United States Bankruptcy Court
                              Northern District of Alabama
In re:                                                                  Case No. 17-81139-CRJ
Marc Turner                                                             Chapter 7
Christine Turner
        Debtors
                                   CERTIFICATE OF NOTICE
District/off: 1126-8          User: rleatherw              Page 1 of 2            Date Rcvd: Aug 04, 2017
                              Form ID: 318                 Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 06, 2017.
db/jdb         +Marc Turner,    Christine Turner,    1320 Grandeview Blvd. #2113,    Huntsville, AL 35824-2410
9332434        +Audit & Adjustment,    PO Boz 34017,    Lynnwood, WA 98124-1017
9332438        +City of Seattle,    P.O. Box 34017,    Seattle, WA 98124-1017
9332439        +Client Services,    3451 Harry S. Truman Blvd,    Saint Charles, MO 63301-9816
9332443        +First Federal Credit Control,    24700 Chagrin Blvd. #205,    Cleveland, OH 44122-5662
9332445        +Franklin Collection Service, Inc,    Po Box 3910,    Tupelo, MS 38803-3910
9332447        +Huntsville Hospital Walk in Clinic,    P.O. Box 2705,    Huntsville, AL 35804-2705
9332448        +Huntsville Hsopital,    700 Airport Road SW F,    Huntsville, AL 35802-4360
9332449        +Jh Portfolio Debt Equities LLc,    5757 Phantom Dr Ste 225,    Hazelwood, MO 63042-2429
9332451        +Madison Hospital,    PO Box 2252 Dept. #1050,    Birmingham, AL 35246-0031
9332452        +Midland Funding,    Attn: Bankruptcy,    Po Box 939069,    San Diego, CA 92193-9069
9332461        +Nationwide Credit Inc.,    PO Box 26314,    Lehigh Valley, PA 18002-6314
9332453         North Alabama Hosptialist,    201 Sivley Rd SW Ste 500,    Huntsville, AL 35801-5177
9332454        +Northland Group,    PO Box 390846,    Minneapolis, MN 55439-0846
9332456        +Premiere Credit of North America LLC,    PO Box 199014,    Indianapolis, IN 46219-9014
9332457        +Scott D. Parker MD,    250 Chateau Drive SW #115,    Huntsville, AL 35801-3497
9332462        +Tanya Hallford,    11405 Park Road Suite 200,    PO Box 23200,    Louisville, KY 40223-0200
9332458        +UAB Valley Foundation,    301 Governors Dr,    Huntsville, AL 35801-5123
9332459        +Urgent Care,    PO Box 1684,    Decatur, AL 35602-1684
9332460        +Visa Dept Store National Bank/Macy’s,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QTTSHEPARD.COM Aug 05 2017 00:48:00      Tazewell T Shepard,    Tazewell Shepard, Trustee,
                 PO Box 19045,    Huntsville, AL 35804-9045
smg            +E-mail/Text: bnc_notices_northern@alnba.uscourts.gov Aug 05 2017 01:17:53      Richard Blythe,
                 BA Decatur,    P O Box 3045,    Decatur, AL 35602-3045
9332433         EDI: ARSN.COM Aug 05 2017 00:48:00      ARS National Services, Inc,    P.O Box 463023,
                 Escondido, CA 92046-3023
9332435        +EDI: BANKAMER.COM Aug 05 2017 00:48:00      Bank Of America,    Nc4-105-03-14,    Po Box 26012,
                 Greensboro, NC 27420-6012
9332436        +E-mail/Text: bankruptcy@cavps.com Aug 05 2017 01:18:24      Calvary Portfolio Services,
                 500 Summit Lake Ste 400,    Valhalla, NY 10595-2322
9332437        +E-mail/Text: cms-bk@cms-collect.com Aug 05 2017 01:17:02      Capital Management Services,
                 726 Exchange St.,    Suite 700,    Buffalo, NY 14210-1464
9332440        +EDI: WFNNB.COM Aug 05 2017 00:48:00      Comenity Capital Bank,    PO Box 183043,
                 Columbus, OH 43218-3043
9332441        +EDI: DISCOVER.COM Aug 05 2017 00:48:00      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
9332444        +E-mail/Text: bankruptcies@foxcollection.com Aug 05 2017 01:17:32      Fox Collection Center,
                 Po Box 528,    Goodlettsvile, TN 37070-0528
9332446        +EDI: RMSC.COM Aug 05 2017 00:48:00      GE Capital Retail Bank,    P.O. Box 103104,
                 Roswell, GA 30076-9104
9332450        +EDI: LTDFINANCIAL.COM Aug 05 2017 00:48:00      LTD Financial Services,
                 7322 Southwest Fwy Ste 1,    Houston, TX 77074-2010
9332455         EDI: PRA.COM Aug 05 2017 00:48:00      Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
                                                                                              TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9332442         Edc/mid-america Apartm
                                                                                              TOTALS: 1, * 0, ## 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2017                                    Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2017 at the address(es) listed below:

      John C. Larsen   on behalf of Debtor Marc  Turner john@jlarsenlaw.com, lori@jlarsenlaw.com
      John C. Larsen   on behalf of Joint Debtor Christine  Turner john@jlarsenlaw.com, lori@jlarsenlaw.com
      Tazewell T Shepard   tshepard@ecf.epiqsystems.com, trustee@ssmattorneys.com;janelle@ssmattorneys.com

                                                              TOTAL: 3

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Marc Turner** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–3271** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Christine Turner** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–6318** <br> EIN   _ _–_ _ _ _ _ _ _ |

**UNITED STATES BANKRUPTCY COURT   NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION**

Case number:   **17–81139–CRJ7**

# Order of Discharge

(12/15)

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Marc Turner                                                          Christine Turner

<u>8/4/17</u>                                                              **By the court:**   <u>Clifton R. Jessup Jr.</u>
                                                                                                            United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**ATTENTION DEBTOR:   IMPORTANT DOCUMENT!   PLEASE KEEP FOR YOUR RECORDS!**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**